JOSEPH RABINOWITZ, Respondent, v. KAISER-FRAZER CORPORATION, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term, entered

May 6, 1950, properly made? Motion for extension of time to answer denied, without prejudice to an application to Special Term. Present — Johnston, Adel, Wenzel and MacCrate, JJ.; Nolan, P. J., not voting. [See *ante*, p. 584.]